**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEANDRE SLATE,<br>on behalf of Plaintiff and the class<br>members described below,<br><br>      Plaintiff,<br><br> vs.<br><br>MAKES CENTS, INC.,<br>doing business as MaxLend;<br>UETSA TSAKITS, INC.;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING;<br>CANE BAY PARTNERS VI, LLLP;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>STRATEGIC LINK CONSULTING, LP;<br>ESOTERIC VENTURES, LLC;<br>INFOTEL INTERNATIONAL LTD.;<br>M. MARK HIGH, LTD.;<br>KIM ANDERSON;<br>JAY CLARK;<br>and DOES 1-20,<br><br>      Defendants. | Case No. 1:22-cv-4165<br><br>Honorable Joan H. Lefkow |

**DEFENDANTS' MOTION TO DISMISS**

  Defendants Makes Cents, Inc., Uetsa Tsakits, Inc., Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., Dimension Credit (Cayman), L.P., David Johnson, Kirk Chewning, Kim Anderson, and Jay Clark hereby move to dismiss Plaintiff Deandre Slate's Complaint (ECF 1-1) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). For all of the reasons set forth in Defendants' accompanying memorandum of law, Defendants respectfully request that this Honorable Court

dismiss Plaintiff's Complaint, in its entirety and with prejudice pursuant to Rule 12(b)(1) and Rule 12(b)(6).

DATED:  October 24, 2022                                  Respectfully submitted,

                                                                                 */s/ Ashley Vinson Crawford*
                                                                                Ashley Vinson Crawford (*pro hac vice*)
                                                                                Danielle C. Ginty (*pro hac vice*)
                                                                                AKIN GUMP STRAUSS HAUER & FELD LLP
                                                                                580 California Street, Suite 1500
                                                                                San Francisco, CA  94104
                                                                                Tel: (415) 765-9500
                                                                                Fax: (415) 765-9501
                                                                                Email: avcrawford@akingump.com
                                                                                Email: dginty@akingump.com

                                                                                Ellen M. Carey
                                                                                FORDE & O'MEARA LLP
                                                                                191 North Wacker Drive, 31st Floor
                                                                                Chicago, IL 60606
                                                                                Tel: (312) 399-2377
                                                                                Email: ecarey@fordellp.com

                                                                                *Attorneys for Defendants*
                                                                                Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., David Johnson, Kirk Chewning, and Jay Clark

DATED: October 24, 2022                                           */s/ Nicole E. Ducheneaux*
                                                                                Leonika R. Charging-Davidson (*pro hac vice*)
                                                                                Nicole E. Ducheneaux (*pro hac vice*)
                                                                                Todd Allin Morman (*pro hac vice*)
                                                                                BIG FIRE LAW & POLICY GROUP LLP
                                                                                1905 Harney Street, Suite 300
                                                                                Omaha, NE 68002
                                                                                (531) 466-8792
                                                                                Email: lcharging@bigfirelaw.com
                                                                                Email: nducheneaux@bigfirelaw.com

                                                                                Joel M. L. Huotari
                                                                                John James Holevas
                                                                                Troy E. Haggestad
                                                                                WILLIAMS MCCARTHY
                                                                                120 W. State Street

                                                              P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8982
Email: jhuotari@wilmac.com
Email: jholevas@wilmac.com
Email: thaggestad@wilmac.com

*Attorneys for Defendants*
Makes Cents, Inc. and Uetsa Tsakits, Inc.

DATED: October 24, 2022                             */s/ Matthew M. Morrissey*
                                                              Matthew M. Morrissey
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Tel: (312) 569-1365
Email: matthew.morrissey@faegredrinker.com

Matthew J. Fedor (*pro hac vice pending*)
Frank F. Velocci (*pro hac vice pending*)
Andrew L. Van Houter (*pro hac vice pending*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Dr.
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: matthew.fedor@faegredrinker.com
Email: frank.velocci@faegredrinker.com
Email: andrew.vanhouter@faegredrinker.com

*Attorneys for Defendant*
Dimension Credit (Cayman), L.P.

DATED: October 24, 2022                             */s/ Nicole M. Strickler*
                                                              Nicole M. Strickler
MESSER STRICKLER BURNETTE, LTD.
142 W. Station Street
Barrington, IL 60010
(312) 334-3442 (direct)
(312) 334-3473 (fax)
Email: nstrickler@messerstrickler.com

*Attorneys for Defendant*
Kim Anderson