**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEANDRE SLATE, ) | | |
| on behalf of Plaintiff and the class members ) | | |
| described below, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | Case No.: 1:22-cv-04165 | |
| ) | | |
| MAKES CENTS, INC., ) | Honorable Joan H. Lefkow | |
| doing business as MaxLend; ) | Magistrate Judge Gabriel A. Fuentes | |
| UETSA TSAKITS, INC.; ) | | |
| DAVID JOHNSON; ) | | |
| KIRK MICHAEL CHEWNING; ) | | |
| CANE BAY PARTNERS VI, LLLP; ) | | |
| DIMENSION CREDIT (CAYMAN), L.P.; ) | | |
| STRATEGIC LINK CONSULTING, LP; ) | | |
| ESOTERIC VENTURES, LLC; ) | | |
| INFOTEL INTERNATIONAL LTD.; ) | | |
| M. MARK HIGH, LTD.; ) | | |
| KIM ANDERSON; ) | | |
| JAY CLARK; ) | | |
| and DOES 1-20, ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES**

Plaintiff DeAndre Slate ("Plaintiff") and Defendants Makes Cents, Inc., Uetsa Tsakits, Inc., David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, L.P., Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., Kim Anderson, and Jay Clark (collectively, "Defendants") respectfully submit this notice to inform the Court that the parties have settled this matter in principle and expect to file a stipulation of dismissal within the next sixty days. Accordingly, the parties request that all deadlines be stayed.

Respectfully submitted,

DATED: June 13, 2023

| | |
|---|---|
| */s/ Matthew J. Goldstein* | */s/ Ashley Vinson Crawford* |
| Matthew J. Goldstein | Ashley Vinson Crawford (*pro hac vice*) |
| Daniel A. Edelman | Danielle C. Ginty (*pro hac vice*) |
| Tara L. Goodwin | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Dulijaza (Julie) Clark | 100 Pine Street, Suite 3200 |
| EDELMAN COMBS LATTURNER & GOODWIN, LLC | San Francisco, CA 94111-5218 |
| 20 S. Clark St., Suite 1500 | Tel: (415) 765-9500 |
| Chicago, IL 60603 | Fax: (415) 765-9501 |
| (312) 739-4200 | Email: avcrawford@akingump.com |
| dedelman@edcombs.com | Email: dginty@akingump.com |
| tgoodwin@edcombs.com | |
| jclark@edcombs.com | *Counsel for Cane Bay Partners VI, LLLP,* |
| mgoldstein@edcombs.com | *David Johnson, Kirk Michael Chewning,* |
| courtecl@edcombs.com | *Strategic Link Consulting, L.P., Esoteric Ventures, LLC, Infotel International, Ltd.,* |
| *Counsel for Plaintiff* | *M. Mark High, Ltd, and Jay Clark* |

*/s/ Ellen M. Carey*
Ellen M. Carey
FORDE & O'MEARA LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 399-2377
Email: ecarey@fordellp.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., David Johnson, Kirk Chewning, and Jay Clark

*/s/ Leonika R. Charging-Davidson*
Leonika R. Charging-Davidson (*pro hac vice*)
Nicole E. Ducheneaux (*pro hac vice*)
Todd Allin Morman (*pro hac vice*)
BIG FIRE LAW & POLICY GROUP LLP
1905 Harney Street, Suite 300
Omaha, NE 68002
(531) 466-8792
Email: lcharging@bigfirelaw.com
Email: nducheneaux@bigfirelaw.com

Joel M. L. Huotari
John James Holevas
Troy E. Haggestad
WILLIAMS MCCARTHY
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8982
Email: jhuotari@wilmac.com
Email: jholevas@wilmac.com
Email: thaggestad@wilmac.com

*Attorneys for Defendants*
Makes Cents, Inc. and Uetsa Tsakits, Inc.

*/s/ Matthew M. Morrissey*
Matthew M. Morrissey
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Tel: (312) 569-1365
Email: matthew.morrissey@faegredrinker.com

Matthew J. Fedor (*pro hac vice*)
Frank F. Velocci (*pro hac vice*)
Andrew L. Van Houter (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Dr.
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: matthew.fedor@faegredrinker.com
Email: frank.velocci@faegredrinker.com
Email: andrew.vanhouter@faegredrinker.com

*Attorneys for Defendant*
Dimension Credit (Cayman), L.P.


*/s/ Nicole Strickler*
Nicole M. Strickler
Katherine M. Saldanha Olson
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
312 334-3442
Fax: 312 334-3473
Email: nstrickler@messerstrickler.com
Email: kolson@messerstrickler.com

*Attorneys for Defendant*
Kim Anderson

## **CERTIFICATE OF SERVICE**

  I, Matthew J. Goldstein, hereby certify that on Tuesday, June 13, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                  */s/ Matthew J. Goldstein*
                  Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6207473)
Dulijaza (Julie) Clark (ARDC 6273353)
Matthew J. Goldstein (ARDC 6339033)
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com