IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEANDRE SLATE,<br>on behalf of Plaintiff and the class members<br>described below,<br><br>      Plaintiff,<br><br> vs.<br><br>MAKES CENTS, INC.,<br>doing business as MaxLend;<br>UETSA TSAKITS, INC.;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING;<br>CANE BAY PARTNERS VI, LLLP;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>STRATEGIC LINK CONSULTING, LP;<br>ESOTERIC VENTURES, LLC;<br>INFOTEL INTERNATIONAL LTD.;<br>M. MARK HIGH, LTD.;<br>KIM ANDERSON;<br>JAY CLARK;<br>and DOES 1-20,<br><br>      Defendants. | Case No. 1:22-cv-4165<br><br>Honorable Joan H. Lefkow |

## DEFENDANTS' NOTICE OF APPEAL[1]

**NOTICE IS HEREBY GIVEN** that Defendants Makes Cents, Inc., Uetsa Tsakits, Inc., Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., Dimension Credit (Cayman), L.P., David Johnson, Kirk Chewning, Kim Anderson, and Jay Clark hereby appeal to the United States Court of Appeals for the Seventh Circuit from (i) the district court's May 17, 2023 Order (Dkt. No. 91) denying Defendants' Motion to Dismiss (Dkt No. 57), Motion to Compel Arbitration (Dkt. No. 60), and Motion to Dismiss or Strike Plaintiff's

---

[1] Although the parties filed a notice of settlement on June 13, 2023 (Dkt. No. 97), Defendants file this Notice of Appeal to preserve their rights while the settlement is finalized.

Class Allegations (Dkt. No. 62), (ii) the district court's May 17, 2023 Order referring this case to the Honorable Gabriel A. Fuentes "for the purpose of holding proceedings related to: discovery supervision, including scope, timing, and motions" (Dkt. No. 92), and (iii) the Honorable Gabriel A. Fuentes' May 18, 2023 Order directing the parties to confer under Federal Rule of Civil Procedure 26(f) and to file an initial status report (Dkt. No. 93). Because these orders deny tribal sovereign immunity, they are immediately appealable pursuant to 28 U.S.C. § 1291. *See, e.g., Wisconsin v. Ho-Chunk Nation*, 512 F.3d 921, 928 (7th Cir. 2008) (finding order denying tribal sovereign immunity immediately appealable as a collateral order pursuant to 28 U.S.C. § 1291).

DATED: June 16, 2023     Respectfully submitted,

        */s/ Ashley Vinson Crawford*
Ashley Vinson Crawford (*pro hac vice*)
Danielle C. Ginty (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA 94111-5218
Tel: (415) 765-9500
Fax: (415) 765-9501
Email: avcrawford@akingump.com
Email: dginty@akingump.com

Ellen M. Carey
FORDE & O'MEARA LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 399-2377
Email: ecarey@fordellp.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., David Johnson, Kirk Chewning, and Jay Clark

DATED: June 16, 2023     */s/ Leonika R. Charging-Davidson*
Leonika R. Charging-Davidson (*pro hac vice*)
Nicole E. Ducheneaux (*pro hac vice*)
Todd Allin Morman (*pro hac vice*)
BIG FIRE LAW & POLICY GROUP LLP
1905 Harney Street, Suite 300

                    Omaha, NE 68002
                    (531) 466-8792
                    Email: lcharging@bigfirelaw.com
                    Email: nducheneaux@bigfirelaw.com

                    Joel M. L. Huotari
                    John James Holevas
                    Troy E. Haggestad
                    WILLIAMS MCCARTHY
                    120 W. State Street
                    P.O. Box 219
                    Rockford, IL 61105-0219
                    (815) 987-8982
                    Email: jhuotari@wilmac.com
                    Email: jholevas@wilmac.com
                    Email: thaggestad@wilmac.com

                    *Attorneys for Defendants*
                    Makes Cents, Inc. and Uetsa Tsakits, Inc.

DATED: June 16, 2023                    */s/ Matthew M. Morrissey*
                    Matthew M. Morrissey
                    FAEGRE DRINKER BIDDLE & REATH LLP
                    320 South Canal Street, Suite 3300
                    Chicago, Illinois 60606
                    Tel: (312) 569-1365
                    Email: matthew.morrissey@faegredrinker.com

                    Matthew J. Fedor (*pro hac vice*)
                    Frank F. Velocci (*pro hac vice*)
                    Andrew L. Van Houter (*pro hac vice*)
                    FAEGRE DRINKER BIDDLE & REATH LLP
                    600 Campus Dr.
                    Florham Park, New Jersey 07932
                    Tel: (973) 549-7000
                    Fax: (973) 360-9831
                    Email: matthew.fedor@faegredrinker.com
                    Email: frank.velocci@faegredrinker.com
                    Email: andrew.vanhouter@faegredrinker.com

                    *Attorneys for Defendant*
                    Dimension Credit (Cayman), L.P.

DATED: June 16, 2023            */s/ Nicole M. Strickler*
Nicole M. Strickler
MESSER STRICKLER BURNETTE, LTD.
142 W. Station Street
Barrington, IL 60010
(312) 334-3442 (direct)
(312) 334-3473 (fax)
Email: nstrickler@messerstrickler.com

*Attorneys for Defendant*
Kim Anderson