# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DEANDRE SLATE,<br>on behalf of Plaintiff and the class members<br>described below,<br><br>              Plaintiff,<br><br>   vs.<br><br>MAKES CENTS, INC.,<br>doing business as MaxLend;<br>UETSA TSAKITS, INC.;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING;<br>CANE BAY PARTNERS VI, LLLP;<br>DIMENSION CREDIT (CAYMAN), L.P.;<br>STRATEGIC LINK CONSULTING, LP;<br>ESOTERIC VENTURES, LLC;<br>INFOTEL INTERNATIONAL LTD.;<br>M. MARK HIGH, LTD.;<br>KIM ANDERSON;<br>JAY CLARK;<br>and DOES 1-20,<br><br>            Defendants. | Case No. 1:22-cv-4165<br><br>Honorable Joan H. Lefkow |

## DEFENDANTS' NOTICE OF APPEAL[1]

**NOTICE IS HEREBY GIVEN** that Defendants Makes Cents, Inc., Uetsa Tsakits, Inc., Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., Dimension Credit (Cayman), L.P., David Johnson, Kirk Chewning, Kim Anderson, and Jay Clark hereby appeal to the United States Court of Appeals for the Seventh Circuit from (i) the district court's May 17, 2023 Order (Dkt. No. 91) denying Defendants' Motion to Dismiss (Dkt No. 57), Motion to Compel Arbitration (Dkt. No. 60), and Motion to Dismiss or Strike Plaintiff's

---

[1] Although the parties filed a notice of settlement on June 13, 2023 (Dkt. No. 97), Defendants file this Notice of Appeal to preserve their rights while the settlement is finalized.

Class Allegations (Dkt. No. 62), (ii) the district court's May 17, 2023 Order referring this case to the Honorable Gabriel A. Fuentes "for the purpose of holding proceedings related to: discovery supervision, including scope, timing, and motions" (Dkt. No. 92), and (iii) the Honorable Gabriel A. Fuentes' May 18, 2023 Order directing the parties to confer under Federal Rule of Civil Procedure 26(f) and to file an initial status report (Dkt. No. 93).  Because these orders deny tribal sovereign immunity, they are immediately appealable pursuant to 28 U.S.C. § 1291.  *See, e.g., Wisconsin v. Ho-Chunk Nation*, 512 F.3d 921, 928 (7th Cir. 2008) (finding order denying tribal sovereign immunity immediately appealable as a collateral order pursuant to 28 U.S.C. § 1291).

DATED:  June 16, 2023

Respectfully submitted,

_____*/s/ Ashley Vinson Crawford*_____
Ashley Vinson Crawford (*pro hac vice*)
Danielle C. Ginty (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
100 Pine Street, Suite 3200
San Francisco, CA  94111-5218
Tel: (415) 765-9500
Fax: (415) 765-9501
Email: avcrawford@akingump.com
Email: dginty@akingump.com

Ellen M. Carey
FORDE & O'MEARA LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 399-2377
Email: ecarey@fordellp.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., David Johnson, Kirk Chewning, and Jay Clark

DATED: June 16, 2023

_____*/s/ Leonika R. Charging-Davidson*_____
Leonika R. Charging-Davidson (*pro hac vice*)
Nicole E. Ducheneaux (*pro hac vice*)
Todd Allin Morman (*pro hac vice*)
BIG FIRE LAW & POLICY GROUP LLP
1905 Harney Street, Suite 300

Omaha, NE 68002
(531) 466-8792
Email: lcharging@bigfirelaw.com
Email: nducheneaux@bigfirelaw.com

Joel M. L. Huotari
John James Holevas
Troy E. Haggestad
WILLIAMS MCCARTHY
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8982
Email: jhuotari@wilmac.com
Email: jholevas@wilmac.com
Email: thaggestad@wilmac.com

*Attorneys for Defendants*
Makes Cents, Inc. and Uetsa Tsakits, Inc.

DATED: June 16, 2023

_____*/s/ Matthew M. Morrissey*_____
Matthew M. Morrissey
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Tel: (312) 569-1365
Email: matthew.morrissey@faegredrinker.com

Matthew J. Fedor (*pro hac vice*)
Frank F. Velocci (*pro hac vice*)
Andrew L. Van Houter (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Dr.
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: matthew.fedor@faegredrinker.com
Email: frank.velocci@faegredrinker.com
Email: andrew.vanhouter@faegredrinker.com

*Attorneys for Defendant*
Dimension Credit (Cayman), L.P.

DATED: June 16, 2023

_____/s/ Nicole M. Strickler_____

Nicole M. Strickler
MESSER STRICKLER BURNETTE, LTD.
142 W. Station Street
Barrington, IL 60010
(312) 334-3442 (direct)
(312) 334-3473 (fax)
Email: nstrickler@messerstrickler.com

*Attorneys for Defendant*
Kim Anderson

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| DEANDRE SLATE, on behalf of Plaintiff and the class members described below, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22 C 4165 |
| MAKES CENTS, INC., doing business as MaxLend; UETSA TSAKITS, INC.; DAVID JOHNSON; KIRK MICHAEL CHEWNING; CANE BAY PARTNERS VI, LLLP; DIMENSION CREDIT (CAYMAN), L.P.; STRATEGIC LINK CONSULTING, LP; ESOTERIC VENTURES, LLC; INFOTEL INTERNATIONAL LTD.; M. MARK HIGH, LTD.; KIM ANDERSON; JAY CLARK; and DOES 1–20, | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Joan H. Lefkow |
| Defendants. | ) | |

## OPINION AND ORDER

DeAndre Slate filed this putative class action on August 9, 2022, alleging that Makes Cents, Inc. and Uetsa Tsakits, Inc.,[1] as well as related entities and individuals, are in the business of extending loans at exorbitant interest rates by contracting with a Native American tribe that is beyond the reach of Illinois usury and consumer protection laws. (Dkt. 1.) He seeks damages for violation of the Illinois Interest Act, 815 ILCS 205/6 (Count I), the Illinois Predatory Loan Prevention Act, 815 ILCS 123/15-1-1 *et seq*., and the Illinois Consumer Fraud Act, 815 ILCS

---

[1] Slate alleges that Makes Cents and Uetsa Tsakits both conduct business through www.MaxLend.com. (Dkt. 1 ¶¶ 7–8.) For purposes of this ruling, the court refers to these two entities collectively as "MaxLend." The court refers to all defendants collectively as "defendants."

505/1 *et seq.* (Count II), and treble damages under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1964 (Counts III–V).[2]

Defendants have moved to dismiss under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) on the basis that MaxLend is an arm of the Mandan, Hidatsa, and Arikara Nation ("the Tribe" or "the Nation"), a federally-recognized sovereign American Indian tribe located in North Dakota. (*See* dkts. 57, 58.) As such, defendants contend, MaxLend is immune from suit and the claims against them must be dismissed for lack of jurisdiction. In addition, they contend that Slate fails to state a claim against the "non-tribal"[3] defendants under RICO or any of the Illinois statutes. Alternatively, defendants contend that the case must be submitted to arbitration as provided in the loan agreements Slate signed. (*See* dkts. 60, 61.)

Slate seeks discovery before responding to the pending motions relating to whether defendants are actually an arm of a Native American tribe and whether the arbitration clause in his loan agreement is valid. The motion for discovery is granted in part and denied in part. The pending motion to dismiss, motion to compel arbitration, and motion to strike class allegations are denied without prejudice.

## I.      Slate's Request for Discovery Relating to Sovereign Immunity

MaxLend assumes that sovereign immunity is jurisdictional, meaning that this court may not address the merits of Slate's claims. Indeed, some courts treat tribal sovereign immunity as jurisdictional, but *Meyers* v. *Oneida Tribe of Indians of Wisconsin*, 836 F.3d 818, 823 (7th Cir.

---

[2] Slate properly rests jurisdiction on the RICO claim, 28 U.S.C. 1964, and supplemental jurisdiction over the Illinois law claims. 28 U.S.C. § 1367. Venue is proper because the loans were made to an Illinois resident.

[3] This is the term used by defendants in their briefing; the court's use of it here is not intended to imply endorsement of defendants' position that Makes Cents and Uetsa Tsakits, by contrast, are "tribal" entities.

2016), held that "the question of sovereign immunity is not a jurisdictional one." *Id.* at 822.

"Sovereign immunity … is a waivable defense." *Id. Meyers* is controlling here. Still, sovereign

immunity is a threshold issue that may be decided before proceeding to the merits. *See id.* at 822

("[N]o matter whether we give sovereign immunity the label 'jurisdictional' or not, it is

nevertheless a 'threshold ground[ ] for denying audience to a case on the merits.'") (quoting

*Ruhrgas AG* v. *Marathon Oil Co.*, 526 U.S. 574, 585 (1999)). As with any affirmative defense,

the defendant bears the burden of proof and, unless the plaintiff pleads himself out of court, "[he]

is not required to negate an affirmative defense in his complaint." *Tregenza* v. *Great American*

*Communications Co*., 12 F.3d 717, 718 (7th Cir. 1993).[4] On the other hand, where the issue is

one of immunity from suit, the interests of justice may weigh in favor of resolving it at the

threshold to avoid the burden of litigation on the sovereign if immunity is established. *See*

*Meye*rs, 836 F.3d at 822 (stating that "sovereign immunity, like qualified immunity, also bears

the characteristics of 'immunity from trial and the attendant burdens of litigation'") (quoting

*Abelesz* v. *Magyar Nemzeti Bank*, 692 F.3d 661, 667 (7th Cir. 2012)).

MaxLend supports its claim of immunity with documents reflecting that the Nation's

Tribal Business Council created Tsakits Uetsa "to pursue [] economic development opportunities

as a wholly owned Tribal entity." (Dkt. 64-11 at 2.) The document confers the Nation's

sovereign immunity on the corporation. The Council also created Makes Cents, Inc, whose

articles of incorporation provide that "[t]he Corporation, being wholly owned, directly or

indirectly by the Tribe, is to enjoy the Tribe's sovereign immunity." (Dkt 64-10 at 7–8.)

---

[4] Where sovereign immunity is treated as jurisdictional, courts still place the burden of proof on the party seeking immunity as an arm of the tribe. *See, e.g., Williams* v. *Big Picture Loans, LLC*, 929 F.3d 170, 176 (4th Cir. 2019) ("Placing the burden of proof on the defendant entity aligns with our reasoning … that sovereign immunity is 'akin to an affirmative defense' and gives proper recognition to the similarities between state sovereign immunity and tribal sovereign immunity.") (quoting *Hutto* v. *S.C. Retirement Sys*., 773 F.3d 536, 543 (4th Cir. 2014)).

MaxLend also points out that Slate acknowledged and accepted that he was dealing with a sovereign tribe and was giving up the consumer rights he might have under state or federal law by entering into his loan agreement. (*See, e.g.*, dkt. 1-1 at 12). MaxLend argues that these documents establish beyond dispute that MaxLend and the related entities share the Nation's sovereign immunity.

This position is inconsistent with prevailing case law, however. "[A]n entity that is formally distinct from the tribe should only be immune from suit to the extent that it is an arm of the tribe." *Williams* v. *Big Picture Loans, LLC*, 929 F.3d 170, 176–77 (4th Cir. 2019). Under a leading case, *Breakthrough Management Group, Inc.* v. *Chukchansi Gold Casino and Resort*, 629 F.3d 1173 (10th Cir. 2010), the relationship between the tribal sovereign and its commercial subdivision must be "sufficiently close to properly permit the entity to share in the tribe's immunity." *Id*. at 1183.[5] This is a mixed question of law and fact.[6] *Id*. at 1181. The *Breakthrough* court identified six non-exclusive factors to guide the factual inquiry:

> [W]e should look to a variety of factors when examining the relationship between the economic entities and the tribe, including but not limited to: (1) their method of creation; (2) their purpose; (3) their structure, ownership, and management, including the amount of control the tribe has over the entities; (4) whether the tribe intended for the entities to have tribal sovereign immunity; (5) the financial relationship between the tribe and the entities; and (6) whether the purposes of tribal sovereign immunity are served by granting immunity to the entities.

*Id*. at 1181. The documents attached to the pleading and defendants' motion to dismiss are not, alone, dispositive of this inquiry.

---

[5] The Seventh Circuit has not adopted the *Breakthrough* factors, but the Ninth and Fourth Circuits have done so. *See White* v. *Univ. of California*, 765 F.3d 1010 (9th Cir. 2014); *Williams* v. *Big Picture Loans, LLC*, 929 F.3d 170 (4th Cir. 2019); *see also Everette* v. *Mitchem*, 146 F. Supp. 3d 720 (D. Md. 2015); *Easley* v. *Hummingbird Funds*, No. 19-00937, 2020 WL 5099955 (S.D. Ala. July 30, 2020).

[6] The legal issue is "the appropriate test to determine whether economic entities associated with a tribe may share in the tribe's immunity." *Breakthrough*, 629 F3d. at 1173. The factual issue "involv[es] the application of that test to the relationship between the Tribe and the [commercial entity]." *Id*.

Although the Seventh Circuit has not addressed the discovery issue presented here, plaintiffs point to several similar cases where courts have allowed discovery at the motion to dismiss stage, albeit based on the assumption that the outcome determined the court's jurisdiction.[7] *See*, *e.g.*, *Finn* v. *Great Plains Lending, LLC*, 689 Fed. Appx. 608, 610 (10th Cir. 2017) (reversing dismissal to allow jurisdictional discovery of the factual question regarding a tribal sovereign's entitlement to immunity) (citing *Hansen* v. *PT Bank Negara Indon. (Persero), TBK*, 601 F.3d 1059, 1063–64 (10th Cir. 2010) (indicating approval of district court's "narrowly tailored" jurisdictional discovery)); *United States* ex rel. *Cain* v. *Salish Kootenai Coll., Inc.*, 862 F.3d 939 (9th Cir. 2017) (remanding for jurisdictional discovery on *Breakthrough* factors); *Gibbs* v. *Plain Green, LLC*, 331 F.Supp.3d 518, 530 (E.D. Va. 2018) (finding that the plaintiff's "specific and substantive" allegations challenging defendants' claim of sovereign immunity justified discovery).

As the court in *Gibbs* stated, "Jurisdictional discovery can be appropriate when a plaintiff files a motion containing specific and substantive allegations regarding a court's jurisdiction, or when significant gaps in the record exist regarding the court's jurisdiction over the defendant." *Gibbs*, 331 F.Supp.3d at 529. The court pointed to allegations that plaintiffs claimed that the commercial entity rather than the tribes controlled the entity's day-to-day operations in specific ways. *See id*. at 530–31. Here, Slate counters MaxLend's corporate documents with allegations that MaxLend is beneficially owned and operated by individuals who have no connection to the Tribe, reside in states or countries other than South Dakota, and operate through a web of identified interconnected limited partnerships, culminating with defendant Cane Bay Partners VI,

---

[7] Because *Meyers* approves resolving the immunity issue at the threshold, the cases cited here are instructive of how to reach the issue in the manner consistent with the principle of protecting an immune party from litigation.

LLLP, which is a U.S. Virgin Islands company that actually runs the lending business. (Dkt. 1 ¶¶ 9–19). These are detailed and specific allegations supporting Slate's claim that MaxLend is not actually a tribal commercial entity (*id*. ¶¶ 35–47) but that it has "rented a tribe" in order to evade predatory lending laws (*id*. ¶¶ 48–55). In his reply brief in support of this motion, Slate also identifies the specific information he seeks to obtain through limited discovery (*see* dkt. 74 at 9– 10). *See Gibbs*, 331 F.Supp.3d at 530 (permitting limited jurisdictional discovery where the plaintiff requested "specific information and documents" related to several of the *Breakthrough* factors). Slate's allegations are sufficient to demonstrate that discovery related to the *Breakthrough* issues is justified. For these reasons, the motion for discovery is granted, to be supervised in scope by the designated magistrate judge.

## II.     Slate's Request for Discovery Regarding the Arbitration Clause

Turning to Slate's motion for discovery relating to the validity of the arbitration clause, the court is not persuaded that he has made a threshold showing that, if one assumes the validity of the loan agreements, the arbitration clause would be invalid. If, as he argues, the arbitration clause is a sham amounting to a prospective waiver of all federal and state statutory rights, Slate does not identify what factual issues other than the scope of the waivers made in the loan agreements need to be explored. The court denies the motion for discovery related to the validity of the arbitration clause. If the loan agreement itself turns out to be void, then the question of enforceability of any of its provisions would present only questions of law. Therefore, the court denies threshold discovery relating to the arbitration clause.

Because the court previously granted Slate's motion to defer briefing on defendants' other pending motions until the instant motion is resolved (*see* dkt. 87), those motions are not yet fully briefed. For reasons of judicial economy, the court denies those pending motions without prejudice to refiling following the close of limited discovery.

## CONCLUSION AND ORDER

For the reasons stated above, plaintiff's motion to take discovery and defer response (dkt. 70) is granted in part and denied in part. Plaintiff is allowed to take discovery limited to factors relevant to the defendants' claim of sovereign immunity. Supervision of this discovery, including scope, timing, and motions, is referred to the designated magistrate judge. The motion for discovery related to the validity of the arbitration clause is denied without prejudice to renewal after resolution of the sovereign immunity defense. Defendants' motion to dismiss (dkt. 57), motion to compel arbitration (dkt. 60), and motion to strike class allegations (dkt. 62) are denied without prejudice to renewal after the designated magistrate judge has closed threshold discovery.

Date: May 17, 2023

_____
U.S. District Judge Joan H. Lefkow

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

DeAndre Slate

                    Plaintiff,

v.                                    Case No.: 1:22−cv−04165
                                    Honorable Joan H. Lefkow

Makes Cents, Inc., et al.

                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: discovery supervision, includingscope, timing, and motions. (ags) Mailed notice.

Dated: May 17, 2023

                                      /s/ Joan H. Lefkow

                                    United States District Judge

DeAndre Slate

      Plaintiff,

v.           Case No.: 1:22−cv−04165
           Honorable Joan H. Lefkow

Makes Cents, Inc., et al.

      Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 18, 2023:

  MINUTE entry before the Honorable Gabriel A. Fuentes: This matter having been referred to the magistrate judge for discovery supervision and, for now, the limited discovery now permitted by the district court relevant to defendants' claims of sovereign immunity (doc. #[91], [92]), the Court directs the parties to confer under Rule 26(f) and to file an initial status report in accord with the status report format (subparagraphs 1−4, 9−10 per the scope of this referral) shown in the Court 9;s Standing Order for Civil Cases Before Magistrate Judge Fuentes. The parties are further directed to review that order, available or soon to be available on the Court's website as recently revised on 5/18/23. The initial status report is due at noon on 6/1/23. The Court anticipates ordering the Rule 26(a)(1) disclosures due to be served 14 days from the Rule 26(f) conference, per Rule 26(a)(1)(C). The focus of the Rule 26(f) conference and the initial discovery to be addressed by it should be on the sovereign immunity issues per the district court's direction. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:22-cv-04165
## Internal Use Only

Slate v. Makes Cents, Inc. et al
Assigned to: Honorable Joan H. Lefkow
Referred to: Honorable Gabriel A. Fuentes
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 08/09/2022
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

### Plaintiff

**DeAndre Slate**
*on behalf of Plaintiff and the class*
*members described below*

represented by **Daniel A. Edelman**
Edelman, Combs, Latturner & Goodwin,
LLC
20 S. Clark Street
Suite 1500
Chicago, IL 60603
312-739-4200
Email: courtecl@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dulijaza Clark**
Edelman, Combs, Latturner & Goodwin,
LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
(312) 739-4200
Email: jclark@edcombs.com
*ATTORNEY TO BE NOTICED*

**Matthew J. Goldstein**
Edelman, Combs, Latturner & Goodwin,
LLC
20 S. Clark Street
Suite 1500
Chicago, IL 60603
312-739-4200
Email: mgoldstein@edcombs.com
*ATTORNEY TO BE NOTICED*

**Tara Leigh Goodwin**
Edelman, Combs, Latturner & Goodwin
LLC

20 South Clark Street
Suite 1500
Chicago, IL 60603
(312) 739-4200
Email: tgoodwin@edcombs.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Makes Cents, Inc.**<br>*doing business as*<br>MaxLend | represented by | **Ashley Vinson Crawford**<br>Akin Gump Strauss Hauer & Feld<br>100 Pine Street, Suite 3200<br>San Francisco, CA 94111<br>415-765-9561<br>Email: avcrawford@akingump.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Christopher Kliefoth**
Big Fire Law & Policy Group LLP
1905 Harney Street
Suite 300
Omaha, NE 68102
(531) 466-8725
Email: ckliefoth@bigfirelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel M. L. Huotari**
WilliamsMcCarthy
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8982
Email: jhuotari@wilmac.com
*ATTORNEY TO BE NOTICED*

**John James Holevas**
WilliamsMcCarthy
120 West State Street
PO Box 219
Rockford, IL 61105-0219
(815) 987-8900
Email: jholevas@wilmac.com
*ATTORNEY TO BE NOTICED*

**Leonika R. Charging-Davison**
Big Fire Law & Policy Group LLP

1905 Harney Street
Suite 300
Omaha, NE 68002
(531) 466-8792
Email: lcharging@bigfirelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole E Ducheneaux**
Big Fire Law & Policy Group LLP
1905 Harney Street
Suite 300
Omaha, NE 68102
(531) 466-8725
Email: nducheneaux@bigfirelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Allin Morman**
Big Fire Law & Policy Group LLP
1905 Harney Street
Suite 300
Omaha, NE 68102
(531) 466-8725
Email: tmorman@bigfirelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Troy E. Haggestad**
WilliamsMcCarthy
120 West State Street
PO Box 219
Rockford, IL 61105-0219
(815) 987-8900
Email: thaggestad@wilmac.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Uetsa Tsakits, Inc.**                represented by **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Kliefoth**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel M. L. Huotari**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John James Holevas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonika R. Charging-Davison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole E Ducheneaux**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd Allin Morman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Troy E. Haggestad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Johnson**                    represented by  **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
Akin Gump Strauss Hauer & Feld LLP
100 Pine Street
Ste 3200
San Francisco, CA 94111
415-765-9500
Email: dginty@akingump.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
Forde & O'Meara LLP
191 North Wacker Drive
31st Floor
Chicago, IL 60606
(312) 641-1441
Email: ecarey@fordellp.com

*ATTORNEY TO BE NOTICED*

**Defendant**
**Kirk Michael Chewning**          represented by  **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Cane Bay Partners VI, LLLP**      represented by  **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Dimension Credit (Cayman), L.P.**    represented by  **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Van Houter**
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
973-549-7018
Email:
andrew.vanhouter@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Frank F. Velocci**
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
973-549-7000
Email: frank.velocci@faegredrinker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Fedor**
Drinker Biddle & Reath
600 Campus Drive
Florham Park, NJ 07932
973-549-7329
Email: matthew.fedor@faegredrinker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M Morrissey**
Faegre Drinker Biddle & Reath LLP
320 S. Canal Street
Ste 3300
Chicago, IL 60606
312-569-1365
Email:
matthew.morrissey@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic Link Consulting, LP**   represented by   **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Esoteric Ventures, LLC**   represented by   **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Infotel International LTD.**     represented by     **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. Mark High, LTD.**     represented by     **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Anderson**     represented by     **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole Marie Strickler**

Messer Strickler Burnette, Ltd.
142 W Station St
Barrington, IL 60010
(312)334-3442
Email: nstrickler@messerstrickler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Maria Saldanha Olson**
Messer Strickler Burnette, Ltd.
142 W Station St
Barrington, IL 60010
(312) 334-3444
Email: kolson@messerstrickler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Clark**                    represented by    **Ashley Vinson Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle C Ginty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ellen M Carey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-20**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2022 | 1 | COMPLAINT - *CLASS ACTION* filed by DeAndre Slate; Jury Demand. Filing fee $ 402, receipt number AILNDC-19724808. (Attachments: # 1 Exhibit Exhibits A-K)(Edelman, Daniel) (Entered: 08/09/2022) |
| 08/09/2022 | 2 | ATTORNEY Appearance for Plaintiff DeAndre Slate by Daniel A. Edelman (Edelman, Daniel) (Entered: 08/09/2022) |
| 08/09/2022 | 3 | CIVIL Cover Sheet (Edelman, Daniel) (Entered: 08/09/2022) |
| 08/09/2022 | 4 | ATTORNEY Appearance for Plaintiff DeAndre Slate by Dulijaza Clark (Clark, Dulijaza) (Entered: 08/09/2022) |
| 08/09/2022 | 5 | ATTORNEY Appearance for Plaintiff DeAndre Slate by Matthew J. Goldstein (Goldstein, Matthew) (Entered: 08/09/2022) |

| 08/09/2022 | | CASE ASSIGNED to the Honorable Joan H. Lefkow. Designated as Magistrate Judge the Honorable Gabriel A. Fuentes. Case assignment: Random assignment. (jb, ) (Entered: 08/09/2022) |
|---|---|---|
| 08/09/2022 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jb, ) (Entered: 08/09/2022) |
| 08/09/2022 | 6 | ATTORNEY Appearance for Plaintiff DeAndre Slate by Tara Leigh Goodwin (Goodwin, Tara) (Entered: 08/09/2022) |
| 08/10/2022 | 7 | MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 10/12/2022 at 9:30 a.m. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call-in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (877) 402-9753 and the access code is 1564342. Counsel of record will receive an email the day before the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ags) (Entered: 08/10/2022) |
| 08/10/2022 | | SUMMONS Issued as to Defendants Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., doing business as MaxLend, Strategic Link Consulting, LP, Uetsa Tsakits, Inc. (smb, Sarah) Modified on 8/10/2022 (sxh, ). (Entered: 08/10/2022) |
| 08/10/2022 | | SUMMONS Issued as to Defendants Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., , Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., doing business as MaxLend, Strategic Link Consulting, LP, Uetsa Tsakits, Inc. (mbh, ) DUPLICATE Modified on 8/10/2022 (sxh, ). (Entered: 08/10/2022) |
| 08/11/2022 | 8 | SUMMONS Returned Executed by DeAndre Slate as to Esoteric Ventures, LLC on 8/10/2022, answer due 8/31/2022. (Goldstein, Matthew) (Entered: 08/11/2022) |
| 08/11/2022 | 9 | SUMMONS Returned Executed by DeAndre Slate as to Strategic Link Consulting, LP on 8/11/2022, answer due 9/1/2022. (Goldstein, Matthew) (Entered: 08/11/2022) |

| 08/25/2022 | 10 | ATTORNEY Appearance for Defendant Kim Anderson by Nicole Marie Strickler (Strickler, Nicole) (Entered: 08/25/2022) |
|---|---|---|
| 08/25/2022 | 11 | ATTORNEY Appearance for Defendant Kim Anderson by Katherine Maria Saldanha Olson (Saldanha Olson, Katherine) (Entered: 08/25/2022) |
| 08/31/2022 | 12 | ATTORNEY Appearance for Defendant Esoteric Ventures, LLC by Ellen M Carey (Carey, Ellen) (Entered: 08/31/2022) |
| 08/31/2022 | 13 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Esoteric Ventures, LLC (Carey, Ellen) (Entered: 08/31/2022) |
| 08/31/2022 | 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Strategic Link Consulting, LP (Carey, Ellen) (Entered: 08/31/2022) |
| 08/31/2022 | 15 | MOTION by Defendants Esoteric Ventures, LLC, Strategic Link Consulting, LP for extension of time to file answer *UNOPPOSED* (Carey, Ellen) (Entered: 08/31/2022) |
| 08/31/2022 | 16 | ATTORNEY Appearance for Defendant Strategic Link Consulting, LP by Ellen M Carey (Carey, Ellen) (Entered: 08/31/2022) |
| 08/31/2022 | 17 | WAIVER OF SERVICE returned executed by DeAndre Slate. M. Mark High, LTD. waiver sent on 8/25/2022, answer due 10/24/2022. (Goldstein, Matthew) (Entered: 08/31/2022) |
| 08/31/2022 | 18 | WAIVER OF SERVICE returned executed by DeAndre Slate. Kirk Michael Chewning waiver sent on 8/25/2022, answer due 10/24/2022. (Goldstein, Matthew) (Entered: 08/31/2022) |
| 08/31/2022 | 19 | WAIVER OF SERVICE returned executed by DeAndre Slate. Jay Clark waiver sent on 8/25/2022, answer due 10/24/2022. (Goldstein, Matthew) (Entered: 08/31/2022) |
| 08/31/2022 | 20 | WAIVER OF SERVICE returned executed by DeAndre Slate. Infotel International LTD. waiver sent on 8/25/2022, answer due 10/24/2022. (Goldstein, Matthew) (Entered: 08/31/2022) |
| 08/31/2022 | 21 | WAIVER OF SERVICE returned executed by DeAndre Slate. David Johnson waiver sent on 8/25/2022, answer due 10/24/2022. (Goldstein, Matthew) (Entered: 08/31/2022) |
| 08/31/2022 | 22 | WAIVER OF SERVICE returned executed by DeAndre Slate. Cane Bay Partners VI, LLLP waiver sent on 8/25/2022, answer due 10/24/2022. (Goldstein, Matthew) (Entered: 08/31/2022) |
| 09/01/2022 | 23 | MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time to answer 15 is granted. Defendants shall answer or otherwise plead to the complaint by 10/24/2022. The status hearing set for 10/12/2022 is stricken and reset to 11/9/2022 at 9:30 a.m. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call-in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (877) 402-9753 and the access code is 1564342. Counsel of record will receive an email the day before the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against |

| | | |
|---|---|---|
| | | photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ags) (Entered: 09/01/2022) |
| 09/02/2022 | 24 | ATTORNEY Appearance for Defendants Makes Cents, Inc., Uetsa Tsakits, Inc. by Troy E. Haggestad (Haggestad, Troy) (Entered: 09/02/2022) |
| 09/02/2022 | 25 | ATTORNEY Appearance for Defendants Makes Cents, Inc., Uetsa Tsakits, Inc. by John James Holevas (Holevas, John) (Entered: 09/02/2022) |
| 09/02/2022 | 26 | ATTORNEY Appearance for Defendants Makes Cents, Inc., Uetsa Tsakits, Inc. by Joel M. L. Huotari (Huotari, Joel) (Entered: 09/02/2022) |
| 09/07/2022 | 27 | WAIVER OF SERVICE returned executed by DeAndre Slate. Dimension Credit (Cayman), L.P. waiver sent on 9/7/2022, answer due 11/7/2022. (Goldstein, Matthew) (Entered: 09/07/2022) |
| 09/07/2022 | 28 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number BILNDC-19815414. (Ducheneaux, Nicole) (Entered: 09/07/2022) |
| 09/07/2022 | 29 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19815501. (Charging-Davison, Leonika) (Entered: 09/07/2022) |
| 09/08/2022 | 30 | MINUTE entry before the Honorable Joan H. Lefkow: Motions to appear pro hac vice 28 and 29 are granted. Attorney Nicole E Ducheneaux and Leonika R. Charging-Davison are added as counsel for Makes Cents, Inc. and Uetsa Tsakits, Inc. Mailed notice (ags) (Entered: 09/08/2022) |
| 09/08/2022 | 31 | ATTORNEY Appearance for Defendants Makes Cents, Inc., Uetsa Tsakits, Inc. by Nicole E Ducheneaux (Ducheneaux, Nicole) (Entered: 09/08/2022) |
| 09/08/2022 | 32 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Makes Cents, Inc., Uetsa Tsakits, Inc. (Ducheneaux, Nicole) (Entered: 09/08/2022) |
| 09/08/2022 | 33 | ATTORNEY Appearance for Defendants Makes Cents, Inc., Uetsa Tsakits, Inc. by Leonika R. Charging-Davison (Charging-Davison, Leonika) (Entered: 09/08/2022) |
| 09/09/2022 | 34 | MOTION by Defendants Makes Cents, Inc., Uetsa Tsakits, Inc. for extension of time to file answer *UNOPPOSED* (Ducheneaux, Nicole) (Entered: 09/09/2022) |
| 09/09/2022 | 35 | WAIVER OF SERVICE returned executed by DeAndre Slate. Makes Cents, Inc. waiver sent on 8/19/2022, answer due 10/18/2022. (Goldstein, Matthew) (Entered: 09/09/2022) |
| 09/09/2022 | 36 | WAIVER OF SERVICE returned executed by DeAndre Slate. Uetsa Tsakits, Inc. waiver sent on 8/19/2022, answer due 10/18/2022. (Goldstein, Matthew) (Entered: 09/09/2022) |
| 09/12/2022 | 37 | MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time to answer 34 is granted. Defendants Makes Cents, Inc. and Uetsa Tsakits, Inc. shall answer or otherwise plead to the complaint by 10/24/2022. Mailed notice (ags) (Entered: 09/12/2022) |
| 09/15/2022 | 38 | MOTION by Defendant Kim Anderson for extension of time to file answer regarding complaint 1 *UNOPPOSED* (Strickler, Nicole) (Entered: 09/15/2022) |

| 09/16/2022 | 39 | MINUTE entry before the Honorable Joan H. Lefkow: Unopposed motion for extension of time to answer 38 is granted. Defendant Kim Anderson shall answer or otherwise plead to the complaint by 10/24/2022. Mailed notice (ags) (Entered: 09/16/2022) |
|---|---|---|
| 10/06/2022 | 40 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19915957. (Morman, Todd) (Entered: 10/06/2022) |
| 10/11/2022 | 41 | MINUTE entry before the Honorable Joan H. Lefkow: Motion to appear pro hac vice 40 is granted. Attorney Todd Allin Morman is added as counsel for Makes Cents, Inc. and Uetsa Tsakits, Inc. Mailed notice (ags) (Entered: 10/11/2022) |
| 10/21/2022 | 42 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19971596. (Crawford, Ashley) (Entered: 10/21/2022) |
| 10/21/2022 | 43 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19971796. (Ginty, Danielle) (Entered: 10/21/2022) |
| 10/24/2022 | 44 | MINUTE entry before the Honorable Joan H. Lefkow: Motions to appear pro hac vice 42 and 43 are granted. Attorney Ashley Crawford and Danielle Ginty are added as counsel for Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., and Strategic Link Consulting, LP. Mailed notice (ags) (Entered: 10/24/2022) |
| 10/24/2022 | 45 | ATTORNEY Appearance for Defendant Dimension Credit (Cayman), L.P. by Matthew M Morrissey (Morrissey, Matthew) (Entered: 10/24/2022) |
| 10/24/2022 | 46 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number BILNDC-19974539. (Velocci, Frank) (Entered: 10/24/2022) |
| 10/24/2022 | 47 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19974557. (Fedor, Matthew) (Entered: 10/24/2022) |
| 10/24/2022 | 48 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19974579. (Van Houter, Andrew) (Entered: 10/24/2022) |
| 10/24/2022 | 49 | ATTORNEY Appearance for Defendant Cane Bay Partners VI, LLLP by Ellen M Carey (Carey, Ellen) (Entered: 10/24/2022) |
| 10/24/2022 | 50 | ATTORNEY Appearance for Defendant M. Mark High, LTD. by Ellen M Carey (Carey, Ellen) (Entered: 10/24/2022) |
| 10/24/2022 | 51 | ATTORNEY Appearance for Defendant David Johnson by Ellen M Carey (Carey, Ellen) (Entered: 10/24/2022) |
| 10/24/2022 | 52 | ATTORNEY Appearance for Defendant Infotel International LTD. by Ellen M Carey (Carey, Ellen) (Entered: 10/24/2022) |
| 10/24/2022 | 53 | ATTORNEY Appearance for Defendant Jay Clark by Ellen M Carey (Carey, Ellen) (Entered: 10/24/2022) |
| 10/24/2022 | 54 | ATTORNEY Appearance for Defendant Kirk Michael Chewning by Ellen M Carey (Carey, Ellen) (Entered: 10/24/2022) |
| 10/24/2022 | 55 | ATTORNEY Appearance for Defendants Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Strategic Link Consulting, LP by Ashley |

| | | |
|---|---|---|
| | | Vinson Crawford (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 56 | ATTORNEY Appearance for Defendants Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Strategic Link Consulting, LP by Danielle C Ginty (Ginty, Danielle) (Entered: 10/24/2022) |
| 10/24/2022 | 57 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Cane Bay Partners VI, LLLP, M. Mark High, LTD., Esoteric Ventures, LLC, Strategic Link Consulting, LP, David Johnson, Jay Clark, Infotel International LTD., Kirk Michael Chewning, Kim Anderson, Dimension Credit (Cayman), L.P., Makes Cents, Inc., Uetsa Tsakits, Inc. , MOTION by Defendants Cane Bay Partners VI, LLLP, M. Mark High, LTD., Esoteric Ventures, LLC, Strategic Link Consulting, LP, David Johnson, Jay Clark, Infotel International LTD., Kirk Michael Chewning, Kim Anderson, Dimension Credit (Cayman), L.P., Makes Cents, Inc., Uetsa Tsakits, Inc. to dismiss for lack of jurisdiction (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 58 | MEMORANDUM Motion to Dismiss for Failure to State a Claim,,, motion to dismiss/lack of jurisdiction,, 57 by Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 59 | Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss by Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 60 | MOTION by Defendants Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. to compel *Arbitration* (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 61 | MEMORANDUM motion to compel, 60 by Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. *Memorandum in Support of Defendants' Motion to Compel Arbitration* (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 62 | MOTION by Defendants Cane Bay Partners VI, LLLP, M. Mark High, LTD., Uetsa Tsakits, Inc., Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Makes Cents, Inc., Kim Anderson, Strategic Link Consulting, LP, David Johnson, Jay Clark, Infotel International LTD., Kirk Michael Chewning to dismiss , MOTION by Defendants Cane Bay Partners VI, LLLP, M. Mark High, LTD., Uetsa Tsakits, Inc., Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Makes Cents, Inc., Kim Anderson, Strategic Link Consulting, LP, David Johnson, Jay Clark, Infotel International LTD., Kirk Michael Chewning to strike *Defendants' Motion to Dismiss or Strike Plaintiff's Class Allegations* (Crawford, Ashley) (Entered: 10/24/2022) |

| | | |
|---|---|---|
| 10/24/2022 | 63 | MEMORANDUM motion to dismiss,,, motion to strike,, 62 by Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. *Memorandum in Support of Defendants' Motion to Dismiss or Strike Plaintiff's Class Allegations* (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 64 | DECLARATION of Richard Mayer regarding motion to dismiss,,, motion to strike,, 62 , motion to compel, 60 , Motion to Dismiss for Failure to State a Claim,,, motion to dismiss/lack of jurisdiction,, 57 *Declaration of Richard Mayer Authenticating Plaintiff's Loan Documents* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 65 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cane Bay Partners VI, LLLP *Defendant Cane Bay Partners VI, LLLP's Corporate Disclosure Statement and Notification of Affiliates* (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 66 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Infotel International LTD. *Defendant Infotel International Ltd.'s Corporate Disclosure Statement and Notification of Affiliates* (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/24/2022 | 67 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by M. Mark High, LTD. *Defendant M. Mark High, Ltd.'s Corporate Disclosure Statement and Notification of Affiliates* (Crawford, Ashley) (Entered: 10/24/2022) |
| 10/25/2022 | 68 | MINUTE entry before the Honorable Joan H. Lefkow: Motions to appear pro hac vice 46 , 47 , and 48 are granted. Attorneys Frank F. Velocci, Matthew Joseph Fedor, and Andrew Van Houter are added as counsel for Dimension Credit (Cayman), L.P. Mailed notice (ags) (Entered: 10/25/2022) |
| 10/25/2022 | 69 | MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's responses to the motion to dismiss 57 , the motion to dismiss or strike 62 , and the motion to compel 60 are due by 11/30/2022; defendants' replies are due by 12/14/2022. Status hearing date of 11/9/2022 is stricken. Mailed notice (ags) (Entered: 10/25/2022) |
| 10/28/2022 | 70 | MOTION by Plaintiff DeAndre Slate for discovery *PLAINTIFF'S MOTION TO TAKE DISCOVERY & DEFER RESPONSE* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(Edelman, Daniel) (Entered: 10/28/2022) |
| 11/01/2022 | 71 | MINUTE entry before the Honorable Joan H. Lefkow: A telephonic motion hearing regarding the motion for discovery and defer response 70 is set for 11/2/2022 at 9:30 a.m. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call-in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (877) 402-9753 and the access code is 1564342. Counsel of record will receive an email the day before the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, |

| | | |
|---|---|---|
| | | recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ags) (Entered: 11/01/2022) |
| 11/02/2022 | 72 | MINUTE entry before the Honorable Joan H. Lefkow: Telephone motion hearing held. Defendants' response to the motion for discovery 70 is due by 11/8/2022; plaintiff's reply by 11/15/2022. Ruling will be made by mail. Plaintiff's responses to the motion to dismiss 57 , the motion to dismiss or strike 62 , and the motion to compel 60 are due by 12/20/2022; defendants' replies by 1/13/2023. Mailed notice (ags) (Entered: 11/02/2022) |
| 11/08/2022 | 73 | RESPONSE by Defendants Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Strategic Link Consulting, LP to motion for discovery, 70 *Defendants' Response to Plaintiff's Motion to Take Discovery and Defer Response* (Crawford, Ashley) (Entered: 11/08/2022) |
| 11/15/2022 | 74 | REPLY by Plaintiff DeAndre Slate to motion for discovery, 70 , Response, 73 *PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO TAKE DISCOVERY AND DEFER RESPONSE* (Edelman, Daniel) (Entered: 11/15/2022) |
| 11/17/2022 | 75 | NOTICE by Ashley Vinson Crawford of Change of Address (Crawford, Ashley) (Entered: 11/17/2022) |
| 11/17/2022 | 76 | NOTICE by Danielle C Ginty of Change of Address (Ginty, Danielle) (Entered: 11/17/2022) |
| 11/21/2022 | 77 | MOTION by Defendants Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. for leave to file *Surreply* (Attachments: # 1 Exhibit A)(Carey, Ellen) (Entered: 11/21/2022) |
| 11/22/2022 | 78 | MINUTE entry before the Honorable Joan H. Lefkow: Motion for leave to file surreply 77 is granted. The surreply shall be filed as a separate docket entry. Mailed notice (ags) (Entered: 11/22/2022) |
| 11/22/2022 | 79 | SUR-REPLY by Defendants Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. to reply 74 (Carey, Ellen) (Entered: 11/22/2022) |
| 12/19/2022 | 80 | MOTION by Plaintiff DeAndre Slate for extension of time *Plaintiff's Unopposed Motion to Extend Deadlines* (Goldstein, Matthew) (Entered: 12/19/2022) |
| 12/19/2022 | 81 | NOTICE of Motion by Matthew J. Goldstein for presentment of extension of time 80 before Honorable Joan H. Lefkow on 1/4/2023 at 09:30 AM. (Goldstein, Matthew) (Entered: 12/19/2022) |

| 12/20/2022 | 82 | MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time 80 is granted. Plaintiff's responses to the motion to dismiss 57, the motion to dismiss or strike 62, and the motion to compel 60 are due by 2/3/2023. Defendants' replies are due by 2/27/2023. Mailed notice (ags) (Entered: 12/20/2022) |
|---|---|---|
| 12/29/2022 | 83 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/29/2022: Mailed notice. (tg, ) (Entered: 12/30/2022) |
| 01/31/2023 | 84 | MOTION by Plaintiff DeAndre SlatePlaintiff's Motion to Defer Briefing (Goldstein, Matthew) (Entered: 01/31/2023) |
| 01/31/2023 | 85 | *Notice of Motion - Motion to Defer Briefing* NOTICE of Motion by Matthew J. Goldstein for presentment of motion for miscellaneous relief 84 before Honorable Joan H. Lefkow on 2/8/2023 at 09:30 AM. (Goldstein, Matthew) (Entered: 01/31/2023) |
| 01/31/2023 | 86 | RESPONSE by Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc.in Opposition to MOTION by Plaintiff DeAndre SlatePlaintiff's Motion to Defer Briefing 84 *Defendants' Opposition to Plaintiff's Motion to Defer Briefing* (Crawford, Ashley) (Entered: 01/31/2023) |
| 02/01/2023 | 87 | MINUTE entry before the Honorable Joan H. Lefkow: Motion to defer briefing 84 is granted. The court stays deadlines to respond in opposition to, and reply in support of, Defendants' Motion to Dismiss 57, Motion to Compel Arbitration 60, and Motion to Strike or Dismiss ClassAllegations 62 (collectively "Motions") until after the Court rules on Plaintiff's Motion to Take Discovery & Defer Response ("Motion to Take Discovery") 70. Mailed notice (ags) (Entered: 02/01/2023) |
| 03/08/2023 | 88 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20419373. (Kliefoth, Chris) (Entered: 03/08/2023) |
| 03/09/2023 | 89 | MINUTE entry before the Honorable Joan H. Lefkow: Motion to appear pro hac vice 88 is granted. Attorney Chris Kliefoth is added as counsel for Makes Cents, Inc. and Uetsa Tsakits, Inc. Mailed notice (ags) (Entered: 03/09/2023) |
| 03/10/2023 | 90 | ATTORNEY Appearance for Defendants Makes Cents, Inc., Uetsa Tsakits, Inc. by Chris Kliefoth (Kliefoth, Chris) (Entered: 03/10/2023) |

| 05/17/2023 | 91 | OPINION and ORDER: For the reasons stated herein, plaintiff's motion to take discovery and defer response (dkt. 70 ) is granted in part and denied in part. Plaintiff is allowed to take discovery limited to factors relevant to the defendants' claim of sovereign immunity. Supervision of this discovery, including scope, timing, and motions, is referred to the designated magistrate judge. The motion for discovery related to the validity of the arbitration clause is denied without prejudice to renewal after resolution of the sovereign immunity defense. Defendants' motion to dismiss (dkt. 57 ), motion to compel arbitration (dkt. 60 ), and motion to strike class allegations (dkt. 62 ) are denied without prejudice to renewal after the designated magistrate judge has closed threshold discovery. A status hearing is set for 8/23/2023 at 9:30 a.m. in courtroom 2201. Signed by the Honorable Joan H. Lefkow on 5/17/2023. Mailed notice (ags) (Entered: 05/17/2023) |
| 05/17/2023 | 92 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: discovery supervision, includingscope, timing, and motions. (ags) Mailed notice. (Entered: 05/17/2023) |
| 05/18/2023 | 93 | MINUTE entry before the Honorable Gabriel A. Fuentes: This matter having been referred to the magistrate judge for discovery supervision and, for now, the limited discovery now permitted by the district court relevant to defendants' claims of sovereign immunity (doc. # 91 , 92 ), the Court directs the parties to confer under Rule 26(f) and to file an initial status report in accord with the status report format (subparagraphs 1-4, 9-10 per the scope of this referral) shown in the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes. The parties are further directed to review that order, available or soon to be available on the Court's website as recently revised on 5/18/23. The initial status report is due at noon on 6/1/23. The Court anticipates ordering the Rule 26(a)(1) disclosures due to be served 14 days from the Rule 26(f) conference, per Rule 26(a)(1)(C). The focus of the Rule 26(f) conference and the initial discovery to be addressed by it should be on the sovereign immunity issues per the district court's direction. Mailed notice. (lxk, ) (Entered: 05/18/2023) |
| 05/31/2023 | 94 | MINUTE entry before the Honorable Gabriel A. Fuentes: The parties are directed to review and comply with the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes, available on the Court's website and revised as of 5/31/23, with the most recent revisions concerning the use of generative artificial intelligence in the preparation of documents filed with the magistrate judge under any applicable referral, or all filed documents if the matter is before the magistrate judge on consent. Mailed notice. (lxk, ) (Entered: 05/31/2023) |
| 06/01/2023 | 95 | STATUS Report *(Joint Initial)* by DeAndre Slate<br><br>Presented before Magistrate Judge<br><br>(Goldstein, Matthew) (Entered: 06/01/2023) |
| 06/02/2023 | 96 | MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' joint status report (doc. # 95 ), in which defendants assert that they will file a motion to stay discovery, the Court will refrain at this time from entering a discovery schedule so that it may consider the stay motion. The stay motion is to be filed by noon on 6/15/23 (if no motion is filed, a discovery schedule will be set). Plaintiff's response is due on 6/30/23. Defendants' reply is due on 7/11/23. All due |

| | | |
|---|---|---|
| | | dates are with a 5 p.m. filing deadline. The Court directs the parties' attention to New England Carpenters Health & Welfare Fund v. Abbott Labs., No. 12 C 1662, 2013 WL 690613, at *2 (N.D. Ill. Feb. 20, 2013), on the question of discovery stays amid the pendency of "threshold" issues. Mailed notice. (lxk, ) (Entered: 06/02/2023) |
| 06/13/2023 | 97 | Notice of Settlement and Request to Stay Deadlines by DeAndre Slate (Goldstein, Matthew) (Entered: 06/13/2023) |
| 06/13/2023 | 98 | MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the notice of settlement (doc. # 97 ), stating that the parties have reached an agreement in principle to settle this matter and file a stipulation of dismissal within the next 60 days, the magistrate judge construes the notice as a joint motion to suspend discovery-related deadlines, and that motion is granted. The 6/15/23 due date for a discovery stay motion, and the associated briefing schedule for such motion (doc. # 96 ), are stricken. A joint written status report is due by noon on 8/17/23 on settlement finalization but will be vacated if a stipulation to dismiss is on file by then. Mailed notice. (lxk, ) (Entered: 06/13/2023) |
| 06/16/2023 | 99 | NOTICE of appeal by Kim Anderson, Cane Bay Partners VI, LLLP, Kirk Michael Chewning, Jay Clark, Dimension Credit (Cayman), L.P., Esoteric Ventures, LLC, Infotel International LTD., David Johnson, M. Mark High, LTD., Makes Cents, Inc., Strategic Link Consulting, LP, Uetsa Tsakits, Inc. regarding orders 91 Filing fee $ 505, receipt number AILNDC-20745903. Receipt number: n (Crawford, Ashley) (Entered: 06/16/2023) |
| 06/21/2023 | 100 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 99 (jg, ) (Entered: 06/21/2023) |