# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DEANDRE SLATE, on behalf of Plaintiff and the class members described below, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.: 1:22-cv-04165 |
| MAKES CENTS, INC., doing business as MaxLend; UETSA TSAKITS, INC.; DAVID JOHNSON; KIRK MICHAEL CHEWNING; CANE BAY PARTNERS VI, LLLP; DIMENSION CREDIT (CAYMAN), L.P.; STRATEGIC LINK CONSULTING, LP; ESOTERIC VENTURES, LLC; INFOTEL INTERNATIONAL LTD.; M. MARK HIGH, LTD.; KIM ANDERSON; JAY CLARK; and DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Joan H. Lefkow Magistrate Judge Gabriel A. Fuentes |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff DeAndre Slate and Defendants Makes Cents, Inc., Uetsa Tsakits, Inc., David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, L.P., Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., Kim Anderson, and Jay Clark hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, with each party to bear their own costs.

1

Respectfully submitted,

DATED: June 29, 2023

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein
Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
EDELMAN COMBS LATTURNER
    & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
courtecl@edcombs.com

*Counsel for Plaintiff*

*/s/ Ashley Vinson Crawford*
Ashley Vinson Crawford (*pro hac vice*)
Danielle C. Ginty (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501
Email: avcrawford@akingump.com
Email: dginty@akingump.com

*Counsel for Cane Bay Partners VI, LLLP, David Johnson, Kirk Michael Chewning, Strategic Link Consulting, L.P., Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd, and Jay Clark*


*/s/ Ellen M. Carey*
Ellen M. Carey
FORDE & O'MEARA LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 399-2377
Email: ecarey@fordellp.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., David Johnson, Kirk Chewning, and Jay Clark

*/s/ Leonika R. Charging-Davison*
Leonika R. Charging-Davison (*pro hac vice*)
Nicole E. Ducheneaux (*pro hac vice*)
Todd Allin Morman (*pro hac vice*)
BIG FIRE LAW & POLICY GROUP LLP
1905 Harney Street, Suite 300
Omaha, NE 68002
(531) 466-8792
Email: lcharging@bigfirelaw.com
Email: nducheneaux@bigfirelaw.com

Joel M. L. Huotari
John James Holevas
Troy E. Haggestad
WILLIAMS MCCARTHY
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8982
Email: jhuotari@wilmac.com
Email: jholevas@wilmac.com
Email: thaggestad@wilmac.com

*Attorneys for Defendants*
Makes Cents, Inc. and Uetsa Tsakits, Inc.

*/s/ Matthew M. Morrissey*
Matthew M. Morrissey
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Tel: (312) 569-1365
Email: matthew.morrissey@faegredrinker.com

Matthew J. Fedor (*pro hac vice*)
Frank F. Velocci (*pro hac vice*)
Andrew L. Van Houter (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Dr.
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: matthew.fedor@faegredrinker.com
Email: frank.velocci@faegredrinker.com
Email: andrew.vanhouter@faegredrinker.com

*Attorneys for Defendant*
Dimension Credit (Cayman), L.P.


*/s/ Nicole Strickler*
Nicole M. Strickler
Katherine M. Saldanha Olson
Messer Strickler Burnette, Ltd.
142 W. Station Street
Barrington, IL 60010
312 334-3442
Fax: 312 334-3473
Email: nstrickler@messerstrickler.com
Email: kolson@messerstrickler.com

*Attorneys for Defendant*
Kim Anderson

**CERTIFICATE OF SERVICE**

      I, Matthew J. Goldstein, hereby certify that on Thursday, June 29, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                                  */s/ Matthew J. Goldstein*
                                                  Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Dulijaza (Julie) Clark (ARDC 6273353)
Matthew J. Goldstein (ARDC 6339033)
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com