# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 30, 2023

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| | |
|---|---|
| No. 23-2232 | DEANDRE SLATE,<br>               Plaintiff - Appellee<br><br>v.<br><br>MAKES CENTS, INC., doing business as MAXLEND, et al.,<br>               Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-04165<br>Northern District of Illinois, Eastern Division<br>District Judge Joan H. Lefkow ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                                 no record to be returned

form name: **c7_Mandate**    (form ID: **135**)