# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 30, 2023

*By the Court*:

| | |
|---|---|
| No. 23-2232 | DEANDRE SLATE, <br>      Plaintiff - Appellee <br><br> v. <br><br> MAKES CENTS, INC., doing business as MAXLEND, et al., <br>      Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-04165 <br> Northern District of Illinois, Eastern Division <br> District Judge Joan H. Lefkow | |

Upon consideration of the **STIPULATION OF DISMISSAL**, filed on June 30, 2023, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**     (form ID: **137**)